# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number** 25−31438−BFK
**Chapter** 7

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

James Bradford Hines Sr
259 N Point Dr
Clarksville, VA 23927

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−5321

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor: NA

## NOTICE OF POSSIBLE DISMISSAL
### PURSUANT TO LBR 1007−1 LISTS, SCHEDULES AND STATEMENTS;
### AND HEARING THEREON

**TO:**     **DEBTOR OR DEBTOR'S COUNSEL**

You filed a petition with the Office of the Clerk of the United States Bankruptcy Court, Eastern District of Virginia, on April 14, 2025. Pursuant to Local Bankruptcy Rule 1007−1, please be advised that the following document(s) are missing and must be filed within fourteen (14) days of the petition date.

**Missing Documents Due:  April 28, 2025**

*Failure to timely file the missing document(s) or to timely seek an extension of time, may result in the dismissal of your bankruptcy case.*

**\*\*Missing Document(s):**

 All Schedules and Statement of Financial Affairs
**Summary of Your Assets and Liabilities and Certain Statistical Information**
**Chapter 7 Statement of Your Current Monthly Income**
**Declaration About Individual Debtor's Schedules**

   If you fail to timely cure the deficiency or to timely seek an extension of time, you must appear at a hearing to explain why the bankruptcy case should not be dismissed for failure to timely cure the deficiency and any other deficiency(ies) or certifications that accrue before the hearing. The hearing will be held:

***Location: Kenney/Santoro/Kindred − Courtroom, U. S. Bankruptcy Court, 701 E. Broad St., Rm. 5000, Richmond, VA 23219***
***Date: May 7, 2025***
***Time: 11:00 AM***

***If the debtor(s) fails to appear at the hearing, the above−captioned case may be dismissed.***

***NOTICE: The hearing will be held only if the debtor(s) fails to timely cure each of the deficient items listed above or to timely seek an extension of time. The debtor is advised that a separate hearing will be held for each Notice of Possible Dismissal issued in a case.***

**Charri S Stewart**
**Clerk, United States Bankruptcy Court**

Date:  April 15, 2025

/s/   Renier G Jessel
Deputy Clerk
Direct Dial Telephone No. (703) 258-1219

[1007115vMarch2025.jsp]

United States Bankruptcy Court
Eastern District of Virginia

In re: | Case No. 25-31438-BFK
James Bradford Hines, Sr | Chapter 7
  Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7 | User: RenierJes | Page 1 of 2
Date Rcvd: Apr 15, 2025 | Form ID: 1007115 | Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James Bradford Hines, Sr, 259 N Point Dr, Clarksville, VA 23927-4432 |
| 16689602 | + | Ahern, PO Box 271390, Las Vegas, NV 89127-1390 |
| 16689609 | + | Delta Funding, 6272 Saginaw Road #1118, Grand Blanc, MI 48439-2705 |
| 16689611 | + | Duke Medical, PO Box 110566, Durham, NC 27709-5566 |
| 16689613 | + | Freeman Dunn Lucy & Coates, 1045 Cottontown Rd, Lynchburg, VA 24503-4961 |
| 16689614 | + | H&S Construction & Design LLC, 259 N Point Dr, Clarksville, VA 23927-4432 |
| 16689616 | + | Law Offices of Steven Zakharyayev, PLLC, Empire Recovery Solutions, LLC, 10 W 37th St, RM 602, New York, NY 10018-7473 |
| 16689618 | + | Maria Parham Hospital, 566 Ruin Creek Road, PO Box 59, Henderson, NC 27536-0059 |
| 16689619 | + | Mark A Kirkorsky, PC, 1119 W Southern Avenue Suite 200, Mesa, AZ 85210-4936 |
| 16689620 | + | Matthew & Sharon Hoffman, c/o James T Duckworth III, Esq., 106 Main St, PO Box 428, Oxford, NC 27565-0428 |
| 16689621 | + | PNC Bank, PO Box 71355, Philadelphia, PA 19176-1355 |
| 16689622 | + | PNC Bank, PO Box771021, Chicago, IL 60677-1021 |
| 16689623 | + | Prosperum Capital Partners, 8 W 36th St, New York, NY 10018-9774 |
| 16689626 | + | Robert Hawthorne Jr Esq, PO Box 219, 115 S Main St, Blackstone, VA 23824-1841 |
| 16689628 | + | SMAK Holdings, 3214 Foxvale Drive, Oakton, VA 22124-2238 |
| 16689631 | + | Talbert Building Supply, 3101 Hillsborough Rd, Durham, NC 27705-3002 |
| 16689634 | + | Van Sickle Law, PLLC, 1135 Kildaire Farm Rd # 200, Cary, NC 27511-4587 |
| 16689635 | + | Vericore, 10115 Kincey Avenue, Ste 100, Huntersville, NC 28078-6482 |
| 16689636 | + | Vulcan Materials, PO Box 75219, Charlotte, NC 28275-0219 |
| 16689637 | + | Womble Bond Dickinson/R Prosser, 555 Fayetteville Street, Ste 1100, Raleigh, NC 27601-3034 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16689601 | + | Email/Text: bankruptcynotifications@adp.com | Apr 16 2025 02:30:18 | ADP, One ADP Blvd., Roseland, NJ 07068-1786 |
| 16689603 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 16 2025 02:29:00 | Ally Financial, PO Box 8140, Cockeysville, MD 21030-8140 |
| 16689605 | + | Email/Text: jpaige@cfgms.com | Apr 16 2025 02:30:00 | CFG Merchant Solutions, 180 Maiden Ln, 15th Fl, New York, NY 10038-5150 |
| 16689604 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 16 2025 02:46:49 | Capital One, PO Box 71087, Charlotte, NC 28272-1087 |
| 16689606 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 16 2025 02:36:07 | Chase Auto, PO Box 901076, Fort Worth, TX 76101-2076 |
| 16689607 | + | Email/Text: kmulligan@credibly.com | Apr 16 2025 02:31:00 | Credibly, 25200 Telegraph Rd, Suite 350, Southfield, MI 48033-7416 |
| 16689610 | | Email/Text: cstevenson@deltamanagement.us | Apr 16 2025 02:29:00 | Delta Management, 2499 Rice St Suite 245, Saint Paul, MN 55113 |
| 16689608 | + | Email/Text: bk@dfogelpc.com | Apr 16 2025 02:30:00 | David Fogel esq, 1225 Franklin Avenue Suite 201, Garden City, NY 11530-1890 |
| 16689612 | + | Email/Text: collectionbankruptcies.bancorp@53.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Apr 16 2025 02:31:00 | Fifth Third Bank, PO Box 630412, Cincinnati, OH 45263-0412 |
| 16689615 | ^ | MEBN | | |
| | | | Apr 16 2025 02:25:38 | Home Depot Credit, PO Box 70614, Philadelphia, PA 19176-0614 |
| 16689617 | + | Email/Text: sthomas@lyoncredit.com | | |
| | | | Apr 16 2025 02:30:00 | Lyon Collection Services, 7924 West Sahara Avenue, Las Vegas, NV 89117-1990 |
| 16689624 | + | Email/Text: cognizantrcminfo@cognizant.com | | |
| | | | Apr 16 2025 02:30:00 | Receivables Outsourcing Inc, PO Box 549, Lutherville Timonium, MD 21094-0549 |
| 16689625 | ^ | MEBN | | |
| | | | Apr 16 2025 02:24:36 | Revco Solutions, PO Box 163279, Columbus, OH 43216-3279 |
| 16689627 | + | Email/Text: bcccsubankruptcyemail@sentara.com | | |
| | | | Apr 16 2025 02:30:00 | Sentara Halifax Regional Hospital, 2204 Wilborn Ave., South Boston, VA 24592-1645 |
| 16689630 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Apr 16 2025 02:24:45 | Synchrony Bank, PO Box 669805, Dallas, TX 75266-0757 |
| 16689629 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Apr 16 2025 02:35:59 | Synchrony Bank, PO Box 669824, Dallas, TX 75266-0781 |
| 16689632 | + | Email/Text: legal@thelcfgroup.com | | |
| | | | Apr 16 2025 02:30:00 | The LCF Group, 3000 Marcus Ave, Ste. 2W15, New Hyde Park, NY 11042-1005 |
| 16689633 | + | Email/Text: sluna@ur.com | | |
| | | | Apr 16 2025 02:31:00 | United Rentals, 100 First Stamford Place, Ste 700, Stamford, CT 06902-9200 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 17, 2025         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2025 at the address(es) listed below:

**Name** | **Email Address**

Daniel M. Press
on behalf of Debtor James Bradford Hines Sr dpress@chung-press.com, pressdm@gmail.com;danpress@recap.email

Lynn L. Tavenner
LTavenner@TB-Lawfirm.com amorris@tb-lawfirm.com;ecf.alert+Tavenner@titlexi.com

Matthew W. Cheney
USTPRegion04.RH.ECF@usdoj.gov

TOTAL: 3