**UNITED STATES BANKRUPTCY COURT**
Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219

## NOTICE OF ELECTRONIC FILING PROCEDURE

**Case Name:** James Bradford Hines Sr

**Case Number:** 25−31438−BFK     **Date Filed:** April 14, 2025

The above case, which has been filed in this court, can be accessed electronically via the Court's Internet site at http://www.vaeb.uscourts.gov. In compliance with Federal Rule of Bankruptcy Procedure 9011 and in accordance with the Local Bankruptcy Rule 5005−2 and the Court's Case Management/Electronic Case Files (CM/ECF) Policy Statement, the registered participant's password shall constitute the signature of that person; therefore, security of a registered participant's password is the responsibility of that person. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the CM/ECF Policy Statement**.

Parties with legal representation **must** file documents in accordance with the following:

1. The requirements for filing, viewing and retrieving case documents are: A personal computer with internet access and the ability to convert documents to portable document format (PDF). The URL address is *www.vaeb.uscourts.gov* and a username and password are needed to access the Case Management/Electronic Case Files (CM/ECF) system. Please contact the Court for further assistance. If you are **unable** to comply with these requirements, **then**

2. You must file a "Request for Waiver to File by Flash Drive or Conventionally" as provided for in the CM/ECF Policy Statement to indicate your inability to file through use of the Internet component of the CM/ECF system. If the Court authorizes you to file by flash drive, **then**

3. You must submit your documents on a flash drive using PDF format. The Adobe Acrobat software will provide this format. Further instruction may be found at Adobe's internet support page. Use a separate flash drive for each filing. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the CM/ECF Policy Statement.** If you are **unable** to comply with these requirements or the requirements set forth in item number 1, or the requirement set forth in item number 2, above, **then**

4. You must submit your documents on a flash drive using plain text format. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the with the CM/ECF Policy Statement.** If you are unable to comply with this requirement, the requirements set forth in items number 2 or 3, or the requirements set forth in item number 1, above, **then**

5. You then may file conventionally on unstapled, unbound, 8 ½" x 11" single−sided paper. Documents must be submitted with full original signature(s), and will be scanned by the Clerk's Office. The scanned file will constitute the original signature(s). **Include your "Request for Waiver to File by Flash Drive or Conventionally" with your filing.**

**Important Note: All parties without legal representation, except governmental units and institutional entities described in Electronic Case Files Policy 2(A)(2)(b), may file documents conventionally in accordance with the Local Bankruptcy Rules.**

Dated:  April 15, 2025                                         Charri S Stewart
[VAN062vNov9.jsp]                                              Clerk of the Bankruptcy Court

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                                     Case No. 25-31438-BFK
James Bradford Hines, Sr                                                                   Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7      User: RenierJes      Page 1 of 2
Date Rcvd: Apr 15, 2025      Form ID: VAN062      Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James Bradford Hines, Sr, 259 N Point Dr, Clarksville, VA 23927-4432 |
| 16689602 | + | Ahern, PO Box 271390, Las Vegas, NV 89127-1390 |
| 16689609 | + | Delta Funding, 6272 Saginaw Road #1118, Grand Blanc, MI 48439-2705 |
| 16689611 | + | Duke Medical, PO Box 110566, Durham, NC 27709-5566 |
| 16689613 | + | Freeman Dunn Lucy & Coates, 1045 Cottontown Rd, Lynchburg, VA 24503-4961 |
| 16689614 | + | H&S Construction & Design LLC, 259 N Point Dr, Clarksville, VA 23927-4432 |
| 16689616 | + | Law Offices of Steven Zakharyayev, PLLC, Empire Recovery Solutions, LLC, 10 W 37th St, RM 602, New York, NY 10018-7473 |
| 16689618 | + | Maria Parham Hospital, 566 Ruin Creek Road, PO Box 59, Henderson, NC 27536-0059 |
| 16689619 | + | Mark A Kirkorsky, PC, 1119 W Southern Avenue Suite 200, Mesa, AZ 85210-4936 |
| 16689620 | + | Matthew & Sharon Hoffman, c/o James T Duckworth III, Esq., 106 Main St, PO Box 428, Oxford, NC 27565-0428 |
| 16689621 | + | PNC Bank, PO Box 71355, Philadelphia, PA 19176-1355 |
| 16689622 | + | PNC Bank, PO Box771021, Chicago, IL 60677-1021 |
| 16689623 | + | Prosperum Capital Partners, 8 W 36th St, New York, NY 10018-9774 |
| 16689626 | + | Robert Hawthorne Jr Esq, PO Box 219, 115 S Main St, Blackstone, VA 23824-1841 |
| 16689628 | + | SMAK Holdings, 3214 Foxvale Drive, Oakton, VA 22124-2238 |
| 16689631 | + | Talbert Building Supply, 3101 Hillsborough Rd, Durham, NC 27705-3002 |
| 16689634 | + | Van Sickle Law, PLLC, 1135 Kildaire Farm Rd # 200, Cary, NC 27511-4587 |
| 16689635 | + | Vericore, 10115 Kincey Avenue, Ste 100, Huntersville, NC 28078-6482 |
| 16689636 | + | Vulcan Materials, PO Box 75219, Charlotte, NC 28275-0219 |
| 16689637 | + | Womble Bond Dickinson/R Prosser, 555 Fayetteville Street, Ste 1100, Raleigh, NC 27601-3034 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16689601 | + | Email/Text: bankruptcynotifications@adp.com | Apr 16 2025 02:30:31 | ADP, One ADP Blvd., Roseland, NJ 07068-1786 |
| 16689603 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 16 2025 02:29:00 | Ally Financial, PO Box 8140, Cockeysville, MD 21030-8140 |
| 16689605 | + | Email/Text: jpaige@cfgms.com | Apr 16 2025 02:30:00 | CFG Merchant Solutions, 180 Maiden Ln, 15th Fl, New York, NY 10038-5150 |
| 16689604 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 16 2025 02:36:27 | Capital One, PO Box 71087, Charlotte, NC 28272-1087 |
| 16689606 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 16 2025 02:36:15 | Chase Auto, PO Box 901076, Fort Worth, TX 76101-2076 |
| 16689607 | + | Email/Text: kmulligan@credibly.com | Apr 16 2025 02:31:00 | Credibly, 25200 Telegraph Rd, Suite 350, Southfield, MI 48033-7416 |
| 16689610 | | Email/Text: cstevenson@deltamanagement.us | Apr 16 2025 02:29:00 | Delta Management, 2499 Rice St Suite 245, Saint Paul, MN 55113 |
| 16689608 | + | Email/Text: bk@dfogelpc.com | Apr 16 2025 02:30:00 | David Fogel esq, 1225 Franklin Avenue Suite 201, Garden City, NY 11530-1890 |
| 16689612 | + | Email/Text: collectionbankruptcies.bancorp@53.com | | |

Case 25-31438-BFK   Doc 11   Filed 04/17/25   Entered 04/18/25 00:16:25   Desc Imaged
Certificate of Notice   Page 3 of 3

| District/off: 0422-7 | User: RenierJes | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 15, 2025 | Form ID: VAN062 | Total Noticed: 38 |

| | | | | |
|---|---|---|---|---|
| | | | Apr 16 2025 02:31:00 | Fifth Third Bank, PO Box 630412, Cincinnati, OH 45263-0412 |
| 16689615 | ^ | MEBN | | |
| | | | Apr 16 2025 02:25:40 | Home Depot Credit, PO Box 70614, Philadelphia, PA 19176-0614 |
| 16689617 | + | Email/Text: sthomas@lyoncredit.com | | |
| | | | Apr 16 2025 02:30:00 | Lyon Collection Services, 7924 West Sahara Avenue, Las Vegas, NV 89117-1990 |
| 16689624 | + | Email/Text: cognizantrcminfo@cognizant.com | | |
| | | | Apr 16 2025 02:30:00 | Receivables Outsourcing Inc, PO Box 549, Lutherville Timonium, MD 21094-0549 |
| 16689625 | ^ | MEBN | | |
| | | | Apr 16 2025 02:24:37 | Revco Solutions, PO Box 163279, Columbus, OH 43216-3279 |
| 16689627 | + | Email/Text: bcccsubankruptcyemail@sentara.com | | |
| | | | Apr 16 2025 02:30:00 | Sentara Halifax Regional Hospital, 2204 Wilborn Ave., South Boston, VA 24592-1645 |
| 16689630 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Apr 16 2025 02:47:28 | Synchrony Bank, PO Box 669805, Dallas, TX 75266-0757 |
| 16689629 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Apr 16 2025 02:36:15 | Synchrony Bank, PO Box 669824, Dallas, TX 75266-0781 |
| 16689632 | + | Email/Text: legal@thelcfgroup.com | | |
| | | | Apr 16 2025 02:30:00 | The LCF Group, 3000 Marcus Ave, Ste. 2W15, New Hyde Park, NY 11042-1005 |
| 16689633 | + | Email/Text: sluna@ur.com | | |
| | | | Apr 16 2025 02:31:00 | United Rentals, 100 First Stamford Place, Ste 700, Stamford, CT 06902-9200 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 17, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor James Bradford Hines  Sr dpress@chung-press.com, pressdm@gmail.com;danpress@recap.email |
| Lynn L. Tavenner | LTavenner@TB-Lawfirm.com  amorris@tb-lawfirm.com;ecf.alert+Tavenner@titlexi.com |
| Matthew W. Cheney | USTPRegion04.RH.ECF@usdoj.gov |

TOTAL: 3