Certificate Number: 06531-VAE-DE-039814865

Bankruptcy Case Number: 25-31438



06531-VAE-DE-039814865

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on June 28, 2025, at 8:18 o'clock AM CDT, James B Hines Sr completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Virginia.

Date: June 28, 2025

By: /s/Patricia Queen

Name: Patricia Queen

Title: Certified Credit Counselor