**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | James Bradford Hines Sr<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–5321<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | Eastern District of Virginia | |
| Case number: | 25–31438–BFK | |

## Discharge of Debtor            12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

James Bradford Hines Sr

July 16, 2025                **For the court:**   Charri S Stewart
                                                   Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318            **Discharge of Debtor**            page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 25-31438-BFK |
| James Bradford Hines, Sr | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-7 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 17, 2025 | Form ID: 318 | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^       Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James Bradford Hines, Sr, 259 N Point Dr, Clarksville, VA 23927-4432 |
| 16689602 | + | Ahern, PO Box 271390, Las Vegas, NV 89127-1390 |
| 16689609 | + | Delta Funding, 6272 Saginaw Road #1118, Grand Blanc, MI 48439-2705 |
| 16689611 | + | Duke Medical, PO Box 110566, Durham, NC 27709-5566 |
| 16689613 | + | Freeman Dunn Lucy & Coates, 1045 Cottontown Rd, Lynchburg, VA 24503-4961 |
| 16689614 | + | H&S Construction & Design LLC, 259 N Point Dr, Clarksville, VA 23927-4432 |
| 16689616 | + | Law Offices of Steven Zakharyayev, PLLC, Empire Recovery Solutions, LLC, 10 W 37th St, RM 602, New York, NY 10018-7473 |
| 16689618 | + | Maria Parham Hospital, 566 Ruin Creek Road, PO Box 59, Henderson, NC 27536-0059 |
| 16689620 | + | Matthew & Sharon Hoffman, c/o James T Duckworth III, Esq., 106 Main St, PO Box 428, Oxford, NC 27565-0428 |
| 16689622 | + | PNC Bank, PO Box771021, Chicago, IL 60677-1021 |
| 16689621 | + | PNC Bank, PO Box 71355, Philadelphia, PA 19176-1355 |
| 16689623 | + | Prosperum Capital Partners, 8 W 36th St, New York, NY 10018-9774 |
| 16689626 | + | Robert Hawthorne Jr Esq, PO Box 219, 115 S Main St, Blackstone, VA 23824-1841 |
| 16689628 | + | SMAK Holdings, 3214 Foxvale Drive, Oakton, VA 22124-2238 |
| 16689631 | + | Talbert Building Supply, 3101 Hillsborough Rd, Durham, NC 27705-3002 |
| 16689634 | + | Van Sickle Law, PLLC, 1135 Kildaire Farm Rd # 200, Cary, NC 27511-4587 |
| 16689635 | + | Vericore, 10115 Kincey Avenue, Ste 100, Huntersville, NC 28078-6482 |
| 16689636 | + | Vulcan Materials, PO Box 75219, Charlotte, NC 28275-0219 |
| 16689637 | + | Womble Bond Dickinson/R Prosser, 555 Fayetteville Street, Ste 1100, Raleigh, NC 27601-3034 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | Email/Text: lynn.tavenner@txitrustee.com | Jul 18 2025 00:59:00 | Lynn L. Tavenner, 20 North Eighth Street, Second Floor, Richmond, VA 23219 |
| 16689601 | + | Email/Text: bankruptcynotifications@adp.com | Jul 18 2025 01:00:24 | ADP, One ADP Blvd., Roseland, NJ 07068-1786 |
| 16689603 | + | EDI: GMACFS.COM | Jul 18 2025 04:49:00 | Ally Financial, PO Box 8140, Cockeysville, MD 21030-8140 |
| 16689605 | + | Email/Text: jpaige@cfgms.com | Jul 18 2025 00:59:00 | CFG Merchant Solutions, 180 Maiden Ln, 15th Fl, New York, NY 10038-5150 |
| 16689604 | + | EDI: CAPITALONE.COM | Jul 18 2025 04:49:00 | Capital One, PO Box 71087, Charlotte, NC 28272-1087 |
| 16689606 | + | EDI: JPMORGANCHASE | Jul 18 2025 04:49:00 | Chase Auto, PO Box 901076, Fort Worth, TX 76101-2076 |
| 16689607 | + | Email/Text: kmulligan@credibly.com | Jul 18 2025 01:00:00 | Credibly, 25200 Telegraph Rd, Suite 350, Southfield, MI 48033-7416 |
| 16689610 | | Email/Text: cstevenson@deltamanagement.us | Jul 18 2025 00:59:00 | Delta Management, 2499 Rice St Suite 245, Saint Paul, MN 55113 |
| 16689608 | + | Email/Text: bk@dfogelpc.com | Jul 18 2025 01:00:00 | David Fogel esq, 1225 Franklin Avenue Suite 201, |

Case 25-31438-BFK   Doc 21   Filed 07/19/25   Entered 07/20/25 00:12:23   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0422-7 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 17, 2025 | Form ID: 318 | Total Noticed: 40 |

| | | | | |
|---|---|---|---|---|
| | | | | Garden City, NY 11530-1890 |
| 16689612 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Jul 18 2025 01:00:00 | Fifth Third Bank, PO Box 630412, Cincinnati, OH 45263-0412 |
| 16689615 | ^ | MEBN | Jul 18 2025 00:53:59 | Home Depot Credit, PO Box 70614, Philadelphia, PA 19176-0614 |
| 16689617 | + | Email/Text: sthomas@lyoncredit.com | Jul 18 2025 01:00:00 | Lyon Collection Services, 7924 West Sahara Avenue, Las Vegas, NV 89117-1990 |
| 16689619 | | Email/Text: bknotice@makpc.com | Jul 18 2025 00:59:00 | Mark A Kirkorsky, PC, 1119 W Southern Avenue Suite 200, Mesa, AZ 85210 |
| 16689624 | + | Email/Text: cognizantrcminfo@cognizant.com | Jul 18 2025 00:59:00 | Receivables Outsourcing Inc, PO Box 549, Lutherville Timonium, MD 21094-0549 |
| 16689625 | ^ | MEBN | Jul 18 2025 00:54:11 | Revco Solutions, PO Box 163279, Columbus, OH 43216-3279 |
| 16689627 | + | Email/Text: bcccsubankruptcyemail@sentara.com | Jul 18 2025 01:00:00 | Sentara Halifax Regional Hospital, 2204 Wilborn Ave., South Boston, VA 24592-1645 |
| 16689630 | + | EDI: SYNC | Jul 18 2025 04:49:00 | Synchrony Bank, PO Box 669805, Dallas, TX 75266-0757 |
| 16689629 | + | EDI: SYNC | Jul 18 2025 04:49:00 | Synchrony Bank, PO Box 669824, Dallas, TX 75266-0781 |
| 16689632 | + | Email/Text: legal@thelcfgroup.com | Jul 18 2025 01:00:00 | The LCF Group, 3000 Marcus Ave, Ste. 2W15, New Hyde Park, NY 11042-1005 |
| 16692451 | + | Email/Text: legal@thelcfgroup.com | Jul 18 2025 01:00:00 | The LCF Group, Inc., 3000 Marcus Avenue, Suite 2W15, Lake Success, NY 11042-1005 |
| 16689633 | + | Email/Text: sluna@ur.com | Jul 18 2025 01:00:00 | United Rentals, 100 First Stamford Place, Ste 700, Stamford, CT 06902-9200 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2025 at the address(es) listed below:**

**Name**            **Email Address**

Daniel M. Press
                 on behalf of Debtor James Bradford Hines  Sr dpress@chung-press.com, pressdm@gmail.com;danpress@recap.email

| District/off: 0422-7 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 17, 2025 | Form ID: 318 | Total Noticed: 40 |

Lynn L. Tavenner
                    LTavenner@TB-Lawfirm.com  amorris@tb-lawfirm.com;ecf.alert+Tavenner@titlexi.com

Matthew W. Cheney
                    USTPRegion04.RH.ECF@usdoj.gov

TOTAL: 3